In the Fourth Court Of Appeals

Fourth Court Of Appeals District

San Antonio Texas Bexar County

Maryann Castro

v.

Manuel Castro

Re: Court Of Appeals Number: 04-14-00785-CV

Trial Court Case 2011 –CI-15957

STATEMENT FROM APPELLANT MARYANN CASTRO

MOTION FOR RECONSIDERATION IN THE FOLLOWING MOTIONS FILED BY APPELLANT MARYANN CASTRO

TO THE HONARABLE JUSTICES OF THE FOURTH COURT OF APPEAL

Here comes Appellant Maryann Castro in Appeals Court asking the Court for Justice and filed the following Motions for Justice to be served.

A) Motion for Spousal Maintence-Appellant Maryann Castro is disabled and her only income is 864.00 she was married to Appellant Manuel Castro for 29 years and cannot support herself due to her disability that occurred within the marriage and has provided to the Court of Appeals evidence when her disability began and Appellee Manuel Castro was not paying the home Mortgage.

Appellant Maryann Castro was wronged by the other party during the marriage and upon the signing of the Agreement for final divorce and has proved to the Court the other party conspired to Commit Fraud ,by the Following Appellee Manuel Castro was in Active bankruptcy and was not paying the home mortgage and This was hidden from the Court Judge Canales and Appellant Maryann Castro Appellee Manuel Castro owes a high dollar amount to the mortgage company Appellant Maryann Castro has provided the Appeals Court with evidence she is trying to remain in good standing with the Mortgage and cannot do it by herself on her income Social security.

Appellee Manuel Castro and Counsel Joseph Appelt overvalued the Community 1501 Olive with a realtors opinion to falsely gain 40,000 in fraud equity the Community has no equity The other party conspired to commit fraud a civil Rico in Divorce Actions(Judgement.eg.,In re marriage of modnick91983) Compton v.compton,101 idaho 328, 612P.2d 1175(1980);Anderson v.anderwson,399N.E. 2D 391(Ind.Ct App.1979);Daffin v.daffin,567S.W.2D 672(Mo.1978).

Appellee Manuel Castro and Counsel Joseph Appelt Hid from Appellant Maryann Castro a martial asset 99 subaru and KEOGH Plan Pension she did not give up her right to these two martial assets it was not even in the Agreement For final Divorce and Counsel Joseph Appelt took part in hiding these two items from Appellant Maryann Castro the other party Committed Legal Malpractice and Fraud another Civil Conspiracy and Civil RICO IN Divorce Actions.

Appellee Manuel Castro disposed of a martial Asset a 95 Fleetwood mobile home he had the Davis Law firm put the Debt on Appellant Maryann Castro and this was a martial asset that was disposed without consent of the Court and Appellant MaryAnn Castro she was not told about this Martial Asset that was part of Appellant Maryann Castro and Appellee Manuel Castro another Civil Conspiracy and Civil Rico In Divorce Actions.

A )Greentree 11792.97 cancellation of debt form 1099 c this debt was in both Appellee Manuel Castro and Maryann Castro name and was sold as rent to own Appellee Manuel Castro and Appellant Maryann Castro both signed to allow this to happen it still had a balance and Appellee Manuel Castro choose to surrender the Martial Asset and put the debt that was incurred within the marriage on Appellant Maryann Castro with the Mistress Christina Pacheco taking part sending Appellant Maryann Castro text about the martial Asset being transferred see copy of text also text about stay lift could happen 11/17/2013 it was never filed Appellee Manuel Castro Mistress Christina Pacheco took part in the fraud against Appellant Maryann Castro B) Text from the non-spouse mistress Christina Pacheco disposing a martial asset a transfer of an asset she has no interest in and disposed without consent of Appellant Maryann Castro.

c) Greentree in Appellee Manuel Castro name in 7/01/2012 and in 10/01/2013 Greentree in Appellant Maryann Castro name and final debt being written off in Appellant Maryann Castro name see 1099 c.

Appellant Maryann Castro was wronged again by Appellee Manuel Castro the other party again disposed a martial asset causing a loss in dividing the martial assets properly.

d)Appellee Manuel Castro sister Leila Silva sending Appellant Maryann Castro a text showing proof her brother was in bankruptcy and her involvement in fraud she was harassing Appellant Maryann Castro about her home when Appellee Manuel Castro sister Leila Silva has no interest in the home mortgage she helped Appellee Manuel Castro conspire to Commit fraud Against Appellant Maryann Castro who did not know Appellee Manuel Castro put the home in bankruptcy on Oct 30,2013.See Text Appellee Manuel Castro sister Leila Silva sent to Appellant Maryann Castro.

The Other Party wronged Appellant Maryann Castro and she has suffered and this case has caused her financial hardship loss of Martial Asset, income.

Appellant Maryann Castro prays for Justice.

Appellant Maryann Castro-pro-se Appellant

Filed By Maryann Castro

1501 Olive

Jourdanton Texas 78026

830-496-0133

Pacattitude2014@gmail.com

Date 5/15/15        5/15/15

GREEN TREE SERVICING LLC
1-800-643-0202
345 SAINT PETER STREET L1000 99C
SAINT PAUL, MN 55102

+ 0533473 000024097 096T9C 0937907 01252015
MARY ANN CASTRO
PO BOX 495
PLEASANTON TX 78064-0495

SC0104-000

## Instructions for Debtor

You received this form because a Federal Government agency or an applicable financial entity (a creditor) has discharged (canceled or forgiven) a debt you owed, or because an identifiable event has occurred that either is or is deemed to be a discharge of a debt of $600 or more. If a creditor has discharged a debt you owed, you are required to include the discharged amount in your income, even if it is less than $600, on the "Other income" line of your Form 1040. However, you may not have to include all of the canceled debt in your income. There are exceptions and exclusions, such as bankruptcy and insolvency. See Pub. 4681, available at IRS.gov, for more details. If an identifiable event has occurred but the debt has not actually been discharged, then include any discharged debt in your income in the year that it is actually discharged, unless an exception or exclusion applies to you in that year.

**Debtor's identification number.** For your protection, this form may show only the last four digits of your social security number (SSN), individual taxpayer identification number (ITIN), or adoption taxpayer identification number (ATIN). However, the creditor has reported your complete identification number to the IRS and, where applicable, to state and/or local governments.

**Account number.** May show an account or other unique number the creditor assigned to distinguish your account.

**Box 1.** Shows the date the earliest identifiable event occurred or, at the creditor's discretion, the date of an actual discharge that occurred before an identifiable event. See the code in box 6.

**Box 2.** Shows the amount of debt either actually or deemed discharged. Note. If you do not agree with the amount, contact your creditor.

**Box 3.** Shows interest if included in the debt reported in box 2. See Pub. 4681 to see if you must include the interest in gross income.

**Box 4.** Shows a description of the debt. If box 7 is completed, box 4 also shows a description of the property.

**Box 5.** Shows whether you were personally liable for repayment of the debt when the debt was created or, if modified, at the time of the last modification. See Pub. 4681 for reporting instructions.

**Box 6.** Shows the reason your creditor has filed this form. The codes in this box are described in more detail in Pub. 4681. A—Bankruptcy; B—Other judicial debt relief; C—Statute of limitations or expiration of deficiency period; D—Foreclosure election; E—Debt relief from probate or similar proceeding; F—By agreement; G—Decision or policy to discontinue collection; H—Expiration of nonpayment testing period; or I—Other actual discharge before identifiable event.

**Box 7.** If, in the same calendar year, a foreclosure or abandonment of property occurred in connection with the cancellation of the debt, the fair market value (FMV) of the property will be shown, or you will receive a separate Form 1099-A. Generally, the gross foreclosure bid price is considered to be the FMV. For an abandonment or voluntary conveyance in lieu of foreclosure, the FMV is generally the appraised value of the property. You may have income or loss because of the acquisition or abandonment. See Pub. 4681 for information about foreclosures and abandonments. If the property was your main home, see Pub. 523 to figure any taxable gain or ordinary income.

**Future developments.** For the latest information about developments related to Form 1099-C and its instructions, such as legislation enacted after they were published, go to www.irs.gov/form1099c.

☐ CORRECTED (if checked)

| CREDITOR'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | OMB No. 1545-1424 | Cancellation of Debt |
|---|---|---|
| GREEN TREE SERVICING LLC<br>345 SAINT PETER STREET L1000 99C<br>SAINT PAUL, MN 55102<br>1-800-643-0202 | 2014<br>Form 1099-C | |

| CREDITOR'S Federal identification number | DEBTOR'S identification number | 1 Date of identifiable event | 2 Amount of debt discharged | |
|---|---|---|---|---|
| 41-1795868 | XXX-XX-5895 | 02/04/2014 | $ 11,792.97 | **Copy B**<br>**For Debtor** |

| DEBTOR'S name, street address (including apt. no.), city or town, state or province, country, and ZIP or foreign postal code | 3 Interest if included in box 2 | 4 Debt description | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if taxable income results from this transaction and the IRS determines that it has not been reported. |
|---|---|---|---|
| MARY ANN CASTRO<br>PO BOX 495<br>PLEASANTON TX 78064-0495 | $ | Mortgage Loan | |
| | 5 If checked, the debtor was personally liable for repayment of the debt. ► ☒ | | |
| | 6 Identifiable event code<br>A | 7 Fair market value of property<br>$ | |
| | Account number (see instructions)<br>27502923 | | |

Form 1099-C    (Keep for your records.)    www.irs.gov/form1099c    Department of the Treasury - Internal Revenue Service



**NEXT PAYMENT DUE DATE:** 10/01/2013

| | |
|---|---|
| Current Payment: | |
| Past Due Payment: | |
| Insurance Due: | |
| Additional Charges Due: | |
| Billed Late Charges: | |
| **Total Amount Due:** | |

## green tree
relationships that work

PO Box 6172
Rapid City, SD 57709-6172

#BWNKDVR
#CLGFEPFK4#

+ 0445288 000224409 09GT04-055838-P8
MARY ANN CASTRO
PO BOX 495
PLEASANTON TX 78064-0495

---

### GENERAL INFORMATION

**CORRESPONDENCE ADDRESS**
Send inquiries (not payment) with your
account number to
Green Tree
PO Box 6172
Rapid City, SD 57709-6172

**CUSTOMER SERVICE**
For account information
Phone # 1-800-643-0202
Mon - Fri 7AM - 8PM CST
Saturday 7AM - 1PM CST

www.gtservicing.com

Telephone calls may be monitored or
recorded for quality assurance and
training purposes

**REMITTANCE ADDRESS**
Green Tree
PO Box 660934
Dallas, TX 75266-0934

**SEE REVERSE SIDE FOR
ADDITIONAL CONTACT AND
OTHER INFORMATION**

*0041C2*

### IMPORTANT MESSAGES

THIS IS NOT A BILL. THIS STATEMENT IS FOR INFORMATIONAL PURPOSES ONLY.
PLEASE PAY THE BANKRUPTCY TRUSTEE OR GREEN TREE DIRECTLY, ACCORDING
TO THE TERMS OF YOUR BANKRUPTCY PLAN.

---

### ACCOUNT INFORMATION SINCE LAST STATEMENT

Account reflects transactions posted as of 09/11/2013

INSURANCE

| Date Recv'd | Principal Amount | Interest Amount | Additional Principal | Unapplied Amount | Physical Damage | Supplemental Products | Other Insurance | Add'l Chrgs/ Late Chrgs | Escrow Amount |
|---|---|---|---|---|---|---|---|---|---|

---

Detach and return this portion with remittance

## green tree
relationships that work

| ACCOUNT NUMBER | Due Date: | 10/01/2013 |
|---|---|---|
| 275029239 | Total Due: | |

EQUAL HOUSING
LENDER

THIS IS NOT A BILL. THIS STATEMENT IS FOR INFORMATIONAL PURPOSES ONLY.
PLEASE PAY THE BANKRUPTCY TRUSTEE OR GREEN TREE DIRECTLY, ACCORDING TO THE TERMS OF YOUR
BANKRUPTCY PLAN.

Mary Ann Castro
PO Box 495
Pleasanton TX 78064-0495

GREEN TREE
PO BOX 660934
DALLAS, TX 75266-0934

27502923 9   00034608   0000000000

**relationships that work**
# green tree

PO Box 6172
Rapid City, SD 57709-6172

| Account Information | |
|---|---|
| Account # | 275029239 |
| Billing Date: | 10/11/2013 |

**NEXT PAYMENT DUE DATE: 11/01/2013**

Current Payment:
Past Due Payment:
Insurance Due:
Additional Charges Due:
Billed Late Charges:
**Total Amount Due:**

#BWNKDVR
#CLGFEPFK4#

+ 0449525 000223486 09GT04-055838-P8
MARY ANN CASTRO
PO BOX 495
PLEASANTON TX 78064-0495

---

### GENERAL INFORMATION

**CORRESPONDENCE ADDRESS**
Send inquiries (not payment) with your
account number to
Green Tree
PO Box 6172
Rapid City, SD 57709-6172

**CUSTOMER SERVICE**
For account information
Phone # 1-800-643-0202
Mon - Fri 7AM - 8PM CST
Saturday 7AM - 1PM CST

www.gtservicing.com

Telephone calls may be monitored or
recorded for quality assurance and
training purposes

**REMITTANCE ADDRESS**
Green Tree
PO Box 660934
Dallas, TX 75266-0934

**SEE REVERSE SIDE FOR
ADDITIONAL CONTACT AND
OTHER INFORMATION**

### IMPORTANT MESSAGES

THIS IS NOT A BILL. THIS STATEMENT IS FOR INFORMATIONAL PURPOSES ONLY.
PLEASE PAY THE BANKRUPTCY TRUSTEE OR GREEN TREE DIRECTLY, ACCORDING
TO THE TERMS OF YOUR BANKRUPTCY PLAN.

*C04442*

---

### ACCOUNT INFORMATION SINCE LAST STATEMENT

Account reflects transactions posted as of 10/11/2013

| | | | | | | INSURANCE | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Date Recv'd | Principal Amount | Interest Amount | Additional Principal | Unapplied Amount | Physical Damage | Supplemental Products | Other Insurance | Add'l Chrgs/ Late Chrgs | Escrow Amount | |

---

Detach and return this portion with remittance

**relationships that work**
# green tree

| ACCOUNT NUMBER | Due Date: | 11/01/2013 |
|---|---|---|
| 275029239 | Total Due: | |

**EQUAL HOUSING LENDER**

THIS IS NOT A BILL. THIS STATEMENT IS FOR INFORMATIONAL PURPOSES ONLY.
PLEASE PAY THE BANKRUPTCY TRUSTEE OR GREEN TREE DIRECTLY, ACCORDING TO THE TERMS OF YOUR
BANKRUPTCY PLAN.

Mary Ann Castro
PO Box 495
Pleasanton TX 78064-0495

GREEN TREE
PO BOX 660934
DALLAS, TX 75266-0934

27502923 9    00034608    0000000000

relationships that work

# green tree

PO Box 6172
Rapid City, SD 57709-6172



| | |
|---|---|
| Account # | 275029239 |
| Billing Date: | 06/06/2012 |
| Year To Date Interest Paid: | $ 978.58 |
| Corporate Advance Balance*: | $ 4,010.54 |
| Principal Balance**: | $ 18,792.97 |

#BWNKDVR
#CLGFEPFK4#

+ 0381418 000392892 09GT01-055801-P8
MANUEL CASTRO
PO BOX 495
PLEASANTON TX 78064-0495

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

**NEXT PAYMENT DUE DATE: 07/01/2012**

| | |
|---|---|
| Current Payment: | $ 346.08 |
| Past Due Payment: | $ 4,824.88 |
| Escrow Due: | |
| Insurance Due: | |
| Additional Charges Due: | |
| Billed Late Charges: | |
| **Total Amount Due:** | **$ 5,170.96** |

*Corporate Advances represents monies advanced by servicer to pay taxes, insurance, and any other amount currently due that are not part of an escrow account.
**This is not the amount required to pay your account in full.

## GENERAL INFORMATION

**CORRESPONDENCE ADDRESS**
Send inquiries (not payment) with your account number to
Green Tree
PO Box 6172
Rapid City, SD 57709-6172

**CUSTOMER SERVICE**
For account information
Phone # 1-800-643-0202
Mon - Fri 7AM - 8PM CST
Saturday 7AM - 1PM CST

www.gtservicing.com

Telephone calls may be monitored or recorded for quality assurance and training purposes.

**PAYMENT ADDRESS**
Green Tree
PO Box 94710
Palatine, IL 60094-4710

**SEE REVERSE SIDE FOR ADDITIONAL CONTACT AND OTHER INFORMATION**

## IMPORTANT MESSAGES

This is an attempt to collect a debt and any information obtained will be used for that purpose. Green Tree Servicing LLC is a debt collector.

**YOUR ACCOUNT IS SERIOUSLY PAST DUE ! CALL 800-643-0202 FOR PAYMENT ARRANGEMENTS**

*004602*

## ACCOUNT INFORMATION SINCE LAST STATEMENT

Account reflects transactions posted as of 06/06/2012

————— INSURANCE —————

| Date Recv'd | Principal Amount | Interest Amount | Additional Principal | Unapplied Amount | Physical Damage | Supplemental Products | Other Insurance | Add'l Chrgs/ Late Chrgs | Escrow Amount |
|---|---|---|---|---|---|---|---|---|---|
| 05/20/2012 | 182.80 | 167.20 | | | | | | | |

Detach and return this portion with remittance

relationships that work

# green tree



**-Please make checks payable to Green Tree-**
**ACCOUNT NUMBER 275029239**
Receipt of a personal check is authorization to collect payment electronically.

EQUAL HOUSING LENDER

| | |
|---|---|
| **PAYMENT DUE DATE** | **07/01/2012** |
| **TOTAL PAYMENT DUE** | **5,170.96** |
| **TOTAL ENCLOSED $** | ☐ ☐ , ☐ ☐ ☐ . ☐ ☐ |

Enter total amount of payment enclosed

Manuel Castro
PO Box 495
Pleasanton TX 78064-0495

GREEN TREE
PO BOX 94710
PALATINE, IL 60094-4710

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

27502923 9 00034608 0000517096





(210) 303-2722